UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X

UNITED STATES OF AMERICA               :

    - v. -                               :    **INDICTMENT**

MOHAMMAD MALIK,                        :    16 Cr.

        Defendant.                 :    **16 CRIM 314**

------------------------------------- X

**ORIGINAL**

## COUNT ONE
### (Access Device Fraud)

The Grand Jury charges:

1. From at least in or about January 2012 through in or about March 2016, in the Southern District of New York and elsewhere, MOHAMMAD MALIK, the defendant, and others known and unknown, knowingly and with intent to defraud did traffic in and use unauthorized access devices and by such conduct did obtain something of value aggregating $1,000 and more, to wit, MALIK used credit cards obtained by fraudulent means to unlawfully obtain funds in excess of $1,000.

(Title 18, United States Code, Sections 1029(a)(2) and 2.)

## COUNT TWO
### (Aggravated Identity Theft)

The Grand Jury further charges:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 04 2016

2.   From at least in or about January 2012 through in or about March 2016, in the Southern District of New York and elsewhere, MOHAMMAD MALIK, the defendant, knowingly did transfer, possess, and use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), to wit, MALIK possessed and used fraudulently-obtained credit cards issued with the social security numbers of others to unlawfully obtain funds in excess of $1,000, in connection with the offense charged in Count One of this Indictment.

(Title 18, United States Code, Sections 1028A(a)(1) and 2.)

## FORFEITURE ALLEGATION

3.   As the result of committing the offense alleged in Counts One and Two of this Indictment, MOHAMMAD MALIK, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C): (i) all property constituting, or derived from, proceeds the person obtained directly or indirectly as the result of the offense; and (ii) all property, real and personal, used or intended to be used to commit the offense, and all property traceable to such property.

### Substitute Asset Provision

4.   If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a.   cannot be located upon the exercise of due diligence;

    b.   has been transferred or sold to, or deposited with, a third party;

    c.   has been placed beyond the jurisdiction of the Court;

    d.   has been substantially diminished in value; or

    e.   has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b), and Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 982; Title 21, United States Code, Section 853.)

_____  
FOREPERSON

_____  
PREET BHARARA  
United States Attorney

5

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

MOHAMMAD MALIK,

Defendant.

INDICTMENT

16 Cr.

(18 U.S.C. §§ 1029(a)(2) and (2);
~~18 U.S.C. § 1029(b)(2)~~; 18 U.S.C. §§
1028A(a)(1) and 2.)

PREET BHARARA
United States Attorney.

*[signature]*
Foreperson.

5/4/16 Filed Indictment
Judge Netburn